# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOFTIS HOUSTON, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-350-JHP-KEW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| Defendant. ) | |

## AMENDED ORDER

Plaintiff, Loftis Houston, has moved the Court for an award of attorney fees pursuant to 42 U.S.C. §406(b). The Magistrate Judge issued a Report and Recommendation (Dkt.# 30), on Plaintiff's Motion to Extend Deadline Time to File Motion for Award of Attorney Fees Under 42 U.S.C. §406(b) (Dkt. # 24) and on Plaintiff's Motion For Attorney Fees (Dkt.# 27). There have been no objections filed. The Magistrate Judge recommended that the motions should be granted and that Plaintiff's counsel should be awarded $9,800.00 in attorneys' fees.

Based on an independent review of the record, the Court adopts the Report and Recommendation as this Court's Order and concludes Plaintiff 's Motion for Extension of Time (Dkt.# 24) should be granted. Further, Plaintiff is entitled to an attorneys' fee award in the amount of $9,800.00.

**IT IS SO ORDERED** this 1st day of May 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma